UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTOPHER McCHESTER,

        Plaintiff,

v.                                         CASE NO. 21-cv-12175

JODI HEMINGWAY,               HONORABLE VICTORIA A. ROBERTS
TABITHA MARIE MARSH,
GREGORY CORA, GENESEE
COUNTY 67TH DISTRICT
ADMINISTRATION, and
FNU BAYETT,

        Defendants.
_____/

## JUDGMENT

This matter came before the Court on a *pro se* civil rights complaint. For the reasons given in an Opinion and Order entered on January 4, 2022, the complaint is summarily dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

                                                         KINIKIA D. ESSIX
                                                         CLERK OF THE COURT

                                                         By: s/ Linda Vertriest

APPROVED BY:

s/ Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE